UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| CHRISTIAN MCKNIGHT, | : | |
| | : | 15cr607 |
| Petitioner, | : | 19cv2585 |
| | : | |
| -against- | : | |
| | : | ORDER |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WILLIAM H. PAULEY III, Senior United States District Judge:

        Having reviewed Petitioner's amended § 2255 application to vacate his sentence, this Court hereby orders the Government to respond to Petitioner's application by March 8, 2021. Petitioner may file any reply papers no later than April 8, 2021. This Court will take the motion on submission. Chambers staff will mail a copy of this Order to Petitioner.

Dated: January 6, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.