UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
CHRISTIAN McKNIGHT,                                                :
                                                                   :
                            Movant,              :        15 Cr. 607 (JPC)
                                                                   :        19 Civ. 2585 (JPC)
          -v-                                                      :
                                                                   :        ORDER
UNITED STATES OF AMERICA,                                          :
                                                                   :
                            Respondent.          :
                                                                   :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        On December 25, 2021, Movant filed a notice of appeal from the Court's order denying his motion under 28 U.S.C. § 2255. Dkt. 314. A certificate of appealability will only be granted if the Movant "has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). *See United States v. Perez*, 129 F.3d 255, 259-60 (2d Cir. 1997) (discussing the standard for issuing a certificate of appealability). This Court did not previously grant a certificate of appealability and, because it finds that Movant has not sustained this burden it declines to issue one. Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's prior Order would not be taken in good faith. *See Coppedge v. United States*, 369 U.S. 438, 444 (1962). The Clerk of Court is respectfully directed to mail this order to the *pro se* Movant.

        SO ORDERED.

Dated: December 28, 2021
       New York, New York
                                                            JOHN P. CRONAN
                                                            United States District Judge